UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— x
In re CHINA LIFE INSURANCE COMPANY : Civil Action No. 04-CV-02112 (TPG)
LIMITED SECURITIES LITIGATION :
: ECF Case
—————————————————————
:
This Document Relates To: :
: CLASS ACTION
ALL ACTIONS. :
: NOTICE OF APPEAL
————————————————————— x



Notice is hereby given that plaintiffs in the above-captioned civil action hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the District Court entered in this action on September 12, 2008 (annexed hereto as Exhibit A) granting Defendants' converted Motion for Summary Judgment for the reasons stated in the Court's Opinion entered in this action on September 3, 2008 (annexed hereto as Exhibit B).

The other parties and counsel to the Order and Judgment described above are:

A. Robert Pietrzak
Joel M. Mitnick
Patrick M. McGuirk
Isaac S. Greaney
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019-6018
(212) 839-5300

**Attorneys for Defendants China Life
Insurance Company Limited,
Wang Xianzhang, Miao Fuchun
and Wu Yan**

Dated: October 14, 2008

MILBERG LLP

_____
Lori G. Feldman
Todd L. Kammerman
One Pennsylvania Plaza, 48th Floor

New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Jeffrey W. Lawrence
Bing Z. Ryan
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street
Suite 2600
San Francisco, CA 94111
(415)-288-4545
Fax: (415)-288-4534

*Attorneys for Plaintiffs*