**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 08-5031-cv

**Caption [use short title]**

In re China Life Insurance Company Limited Securities Litigation

**Motion for:** Voluntary Dismissal of Appeal, FRAP 42(b)

**Set forth below precise, complete statement of relief sought:**

Voluntary Dismissal of appeal

*[Stamp: UNITED STATES COURT OF APPEALS FILED JAN 0 8 2009 SECOND CIRCUIT]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JAN 3 0 2009]*

**MOVING PARTY:** Sau Ki Ho, et al.
- ☒ Plaintiff    ☐ Defendant
- ☒ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** China Life Insurance Company Limited, et al.

**MOVING ATTORNEY:** Lori G. Feldman
[name of attorney, with firm, address, phone number and e-mail]
Milberg LLP
One Pennsylvania Plaza, Suite 4800
New York, NY 10119
(212) 594-5300
lfeldman@milberg.com

**OPPOSING ATTORNEY [Name]:** Joel M. Mitnick
[name of attorney, with firm, address, phone number and e-mail]
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10119
(212) 839-5300
jmitnick@sidley.com

**Court-Judge/Agency appealed from:** U.S. District Judge Thomas P. Griesa

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
- A. been sought?    ☒ Yes    ☐ No
- B. been obtained?    ☒ Yes    ☐ No

Is **oral argument** requested?    ☐ Yes    ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?    ☐ Yes    ☒ No
If yes, enter date _____

**Signature of Moving Attorney:** _[signature]_    **Date:** 1/7/09

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made **below**?    ☐ Yes    ☒ No

Has this relief been previously sought in this Court?    ☐ Yes    ☒ No

Requested return date and explanation of emergency:

Has **service** been effected?    ☒ Yes    ☐ No
[Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED** / DENIED.    *Appeal is dismissed with prejudice.*

Date: 01/08/09

*[Stamp: UNITED STATES COURT OF APPEALS FILED JAN 0 8 2009 SECOND CIRCUIT]*

**FOR THE COURT:**
Catherine O'Hagan Wolfe, Clerk of Court

By: _[signature]_
Judy Pisnanont, Motions Staff Attorney

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
DEPUTY CLERK

Form T-1080 (Revised 10/31/02)

**CERTIFIED:**

JAN 3 0 2009